UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:07CR88 – FDW |
|---|---|---|
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| JESUS VERA MONDRAGON | ) | |

For the good cause shown in the government's Motion to Dismiss Count 2, leave of Court is hereby granted for the dismissal with prejudice of Count 2 of the Bill of Indictment.

The Clerk is directed to certify copies of this Order to the U.S. Probation Office and the United States Attorney's Office.

Signed: July 13, 2009

Frank D. Whitney
United States District Judge